UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO HERNANDEZ-CEREN, Petitioner, v. MR. BENNER, et al., Respondents. | Case No.: 19cv776-LAB (MSB) **ORDER OF DISMISSAL** |

Petitioner, while detained in this District, filed a petition for writ of habeas corpus under 28 U.S.C. §2241. Shortly after that, he moved to a detention center in a different district without filing a notice of change of address, and the action was dismissed without prejudice for failure to prosecute.

Petitioner is now apparently being held in Gadsden, Alabama. Shortly after being moved there, he filed a new habeas petition, which is now being adjudicated on the merits as case 19cv39-LSC (SGC), *Hernandez-Ceren v. Benner* (N.D. Ala., Jan. 9, 2019.)

He has now filed a new petition in this case, seeking the same relief as he is seeking in case 19cv39, except that he asks this Court to oust the Northern District of Alabama of its jurisdiction and adjudicate the case here. The Court has no power to do this.

1    The petition in this case is **DISMISSED WITHOUT PREJUDICE**, as
2  duplicative of the action now pending case 19cv39 in the Northern District of
3  Alabama.
4    His motions for leave to proceed *in forma pauperis* and for appointment of
5  counsel are **DENIED AS MOOT**.
6    **IT IS SO ORDERED**.
7  Dated: May 17, 2019

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge